IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01918-MSK-OES

MICHAEL PAUL MURPHY,

Plaintiff,

v.

JEFFERY GARNER,
KEVIN MOFFITT,
TROY BOZARTH,
KIRK RING, and
STEPHEN C. ZOTOS,

Defendants.

## MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge, on October 12, 2005.**

Based upon the proceedings held before the court on March 16, 2005, defendant Bozarth's Motion To Seal [Filed March 15, 2005; Docket #54] and plaintiff's Motion To Seal [Filed March 16, 2005; Docket #58] are **GRANTED**. The documents contained in the record at Docket #55, entitled "Motion For Protective Order And To Limit Examination," and at Docket #60, entitled "Plaintiff Michael Paul Murphy's Motion To Stay Deposition And Extend Discovery To Be Reset After Court Has Ruled Upon Motion," are to remain under seal in the record of this matter unless and until further Order of this court directs otherwise.

Further, plaintiff's Motion To Compel Production Of Documents And For Sanctions [Filed March 15, 2005; Dockets #56] was incorporated into plaintiff's other motions and **DENIED** during the March 16, 2005, court proceedings.